**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO, BOISE DIVISION

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Cuddy Mountain Custom and Specialty Meat |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 87-3950591 |

**4. Debtor's address**

**Principal place of business**

202 Illinois Ave
Council, ID 83612
Number, Street, City, State & ZIP Code

Adams
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
202 Illinois Ave Council, ID 83612
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:  _____

Debtor    Cuddy Mountain Custom and Specialty Meat                                    Case number (if known) _____
_____
Name

**7.  Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____3116____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. Check **all** that apply:

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 2

| Debtor | Cuddy Mountain Custom and Specialty Meat | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

202 Illinois Ave
Council, ID, 83612

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☒ Yes. Insurance agency    Farm Bureau Insurance

Contact name    Andy Glen

Phone    (208) 549-1414

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    Cuddy Mountain Custom and Specialty Meat                    Case number (*if known*)
_____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 29, 2024
_____
MM / DD / YYYY

**X** /s/  Sara Willey                              Sara Willey
_____    _____
Signature of authorized representative of debtor        Printed name

Title    Owner/Member
_____

**18. Signature of attorney**

**X** /s/ MAX WILLIAMS                    Date    March 29, 2024
_____        _____
Signature of attorney for debtor                MM / DD / YYYY

MAX WILLIAMS 11015 Max T. Williams
_____
Printed name

Williams Law Group PLLC
_____
Firm name

417 S 13th Street
Boise, ID 83702
_____
Number, Street, City, State & ZIP Code

Contact phone    (208) 615-2590        Email address    max@williamslawgroupboise.com
_____                    _____

11015 ID
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Cuddy Mountain Custom and Specialty Meat

United States Bankruptcy Court for the:    DISTRICT OF IDAHO, BOISE DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 29, 2024          **X** /s/   Sara Willey
                                             Signature of individual signing on behalf of debtor

                                             Sara Willey
                                             Printed name

                                             Owner/Member
                                             Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Cuddy Mountain Custom and Specialty Meat |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO, BOISE DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Credit Acceptance PO BOX 4419 Wilmington, OH 45177 | | Vehicle Loan | | | | $45,000.00 |
| Bill Woodington 2384 Mill Creek Road Council, ID 83612 | | Unfulfilled Customer Contract | | | | $4,500.00 |
| Bitty Advance 1855 Griffin Rd A-474 Dania, FL 33004 | casher@globalsoultionbizllc.com | Building Construction | | | | $38,000.00 |
| Chase Shoemaker 5480 Adams Road New Plymouth, ID 83655 | | Unfulfilled Customer Contract | | | | $3,500.00 |
| Dan Furhium 27500 Lon Davis Rd. Parma, ID 83660 | | Unfulfilled Customer Contract | | | | $9,100.00 |
| Global Solutions Biz LLC 400 Galleria Pkwy Atlanta, GA 30339 | | Building Construction | | | | $38,000.00 |
| Idaho State Tax Commission 1321 W Chinden Blvd Boise, ID 83714 | codi.dimick@isp.idaho.gov | Employment Taxes | | | | $20,000.00 |
| Idaho Title Loans 416 N Main St Meridian, ID 83642 | | Equipment | | | | $12,000.00 |
| Internal Revenue Service 550 W Fort St Boise, ID 83724 | | Federal Business Taxes | | | | $28,000.00 |
| Jenn McDonald 837 Jenkins Creek RD. Weiser , ID | | Unfulfilled Customer Contract | | | | $4,000.00 |

Debtor  Cuddy Mountain Custom and Specialty Meat                          Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JJ Nelson Cattle 3120 Highway 52 Payette, ID 83661 | | Unfulfilled Customer Contract | | | | $15,000.00 |
| Matt Caldwell 321 N. 3rd Street McCall, ID | | Unfulfilled Customer Contract | | | | $10,000.00 |
| Matt McMichael 2031 Council Cuprum Road Council, ID 83612 | | Unfulfilled Customer Contract | | | | $5,500.00 |
| Prosperum Capital 8 W 36th St New York, NY 10018 | mlevy@prosperumcapital.com | Building Maintenance | | | | $25,000.00 |
| Russell Cattle CO 9288 Silver Leaf Rd. Emmett, ID 83617 | | Unfulfilled Customer Contract | | | | $30,000.00 |
| TORRO 5965 South 900 East #300 Salt Lake City, UT 84121 | billing@torro.com | Building Construction | | | | $20,000.00 |
| Van Lith Cattle 200 S. PENNSYLVANIA AVE. Fruitland, ID 83619 | | Unfulfilled Customer Contract | | | | $20,000.00 |
| Wes Gregory PO BOX 3082 McCall, ID 83638 | | Unfulfilled Customer Contract | | | | $6,000.00 |
| Zahav 182 Grassy Plain St Bethel, CT 06801 | mike@zahavassetmgmt.com | Loan for Operational Costs | | | | $30,000.00 |
| Zinch 17011 Beach BLVD Suite 1140 Huntington Beach, CA 92647 | syndie@zinchfin.com | Loan for Operational Costs | | | | $20,000.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Cuddy Mountain Custom and Specialty Meat___

United States Bankruptcy Court for the: ___DISTRICT OF IDAHO, BOISE DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ _____303,750.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ _____16,500.00_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ _____320,250.00_

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____0.00_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ _____48,000.00_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ _____376,537.00_

4. **Total liabilities** .................................................................................................................
   Lines 2 + 3a + 3b                                                                                      $ _____424,537.00_

**Fill in this information to identify the case:**

Debtor name _Cuddy Mountain Custom and Specialty Meat_

United States Bankruptcy Court for the: _DISTRICT OF IDAHO, BOISE DIVISION_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $300.00 |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  Idaho Central Credit Union | Checking | 2482 | $1,100.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $1,400.00 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    Cuddy Mountain Custom and Specialty Meat    Case number *(If known)* _____
            Name

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** construction material, dry wall, 2 by 4/s, FRP | 03/14/2024 | $0.00 | | $3,000.00 |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Animals in freezer which includes pigs and beef and bison | 03/14/2024 | $0.00 | Revenue based | $9,000.00 |
| 22. **Other inventory or supplies** Seasonings, Packaging materials , knives, plastic packaging | 03/14/2024 | $0.00 | Recent cost | $2,000.00 |

23. **Total of Part 5.**

    Add lines 19 through 22.   Copy the total to line 84.

    | $14,000.00 |

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Cuddy Mountain Custom and Specialty Meat | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**39.** | **Office furniture**
desk, a blue fir wood counter | $0.00 | Recent cost | $700.00

**40.** | **Office fixtures**

**41.** | **Office equipment, including all computer equipment and communication systems equipment and software**
computer, printer | $0.00 | Recent cost | $400.00

**42.** | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** | **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86. | | | $1,100.00

**44.** | **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** | **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  meat shop building 202 Illinois Ave, Council 83612 | Equitable interest | $300,000.00 | Appraisal | $303,750.00 |

**56.** | **Total of Part 9.** | | | $303,750.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.** | **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    Cuddy Mountain Custom and Specialty Meat                    Case number *(if known)* _____
_____
Name

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.    Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.    Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Cuddy Mountain Custom and Specialty Meat                    Case number *(If known)* _____
_____Name_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,400.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $14,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $303,750.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $16,500.00 | + 91b. $303,750.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $320,250.00 |

**Fill in this information to identify the case:**

Debtor name ___Cuddy Mountain Custom and Specialty Meat___

United States Bankruptcy Court for the: ___DISTRICT OF IDAHO, BOISE DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name ___Cuddy Mountain Custom and Specialty Meat___

United States Bankruptcy Court for the: ___DISTRICT OF IDAHO, BOISE DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>Idaho State Tax Commission<br>1321 W Chinden Blvd<br>Boise, ID 83714 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,000.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Employment Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>550 W Fort St<br>Boise, ID 83724 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28,000.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Federal Business Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>American Credit Acceptance<br>PO BOX 4419<br>Wilmington, OH 45177 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $45,000.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vehicle Loan | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| Debtor | Cuddy Mountain Custom and Specialty Meat | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00

Benjamin/ Yvonne    Sparks
28291 Unity Lane
Parma, ID 83660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Unfulfilled Customer Contract

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00

Bill Woodington
2384 Mill Creek Road
Council, ID 83612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Unfulfilled Customer Contract

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,000.00

Bitty Advance
1855 Griffin Rd A-474
Dania, FL 33004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Building Construction

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00

Chase Shoemaker
5480 Adams Road
New Plymouth, ID 83655

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Unfulfilled Customer Contract

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00

CS Techs INC
3909 Summit Ln
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Repairs

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,100.00

Dan Furhium
27500 Lon Davis Rd.
Parma, ID 83660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Unfulfilled Customer Contract

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00

Darlene Hinkley
PO BOX 492
Riggins, ID 83549

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Unfulfilled Customer Contract

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00

Fruitland Refrigeration
P.O. Box 769
Fruitland, ID 83619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Unfulfilled Customer Contract

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | Cuddy Mountain Custom and Specialty Meat | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|
| Geroge Gibson<br>10974 HWY 95<br>Lucile, ID 83542 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ Unfulfilled Customer Contract _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,000.00 |
|---|---|---|
| Global Solutions Biz LLC<br>400 Galleria Pkwy<br>Atlanta, GA 30339 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ Building Construction _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|
| Gus Zaharioudakis<br>PO BOX 238<br>Horseshoe Bend , ID 83628 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ Unfulfilled Customer Contract _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|
| Haylee Rol<br>PO BOX 490<br>500 South Miller Ave.<br>New Meadows, ID 83654 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ Unfulfilled Customer Contract _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|
| Heather Hobenstein<br>1128 Curlew Hills DR<br>Weiser, ID 83672 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ Unfulfilled Customer Contract _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|
| Idaho Title Loans<br>416 N Main St<br>Meridian, ID 83642 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ Equipment _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|
| Jared Hende<br>2384 Mill Creek Road<br>McCall, ID 83638 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ Unfulfilled Customer Contract _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|
| Jenn McDonald<br>837 Jenkins Creek RD.<br>Weiser , ID | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ Unfulfilled Customer Contract _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com |

| Debtor | Cuddy Mountain Custom and Specialty Meat | Case number *(if known)* | |
|--------|------------------------------------------|--------------------------|--|
| | Name | | |

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,000.00

JJ Nelson Cattle
3120 Highway 52
Payette, ID 83661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Unfulfilled Customer Contract
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00

John Gifford
2333 17th Ave
Idaho City, ID 83631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Unfulfilled Customer Contract
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,500.00

Joyce Roller
PO Box317
Council, ID 83612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Unfulfilled Customer Contract
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,700.00

Lorel Peck
PO BOX 44 Fenn
Fenn, ID 83531

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Unfulfilled Customer Contract
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00

Lori Edwards
PO BOX 180
Council, ID 83612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Unfulfilled Customer Contract
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,500.00

Mark Maura
3323 Schwenkfelder's Road
Cambridge, ID 83610

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Unfulfilled Customer Contract
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,000.00

Matt Caldwell
321 N. 3rd Street
McCall, ID

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Unfulfilled Customer Contract
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,500.00

Matt McMichael
2031 Council Cuprum Road
Council, ID 83612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Unfulfilled Customer Contract
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Cuddy Mountain Custom and Specialty Meat | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,000.00 |
|---|---|---|---|
| | McCall Painting Company<br>494 Commerce Street<br>New Meadows, ID 83654 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Unfulfilled Customer Contact_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,000.00 |
|---|---|---|---|
| | Prosperum Capital<br>8 W 36th St<br>New York, NY 10018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Building Maintenance_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30,000.00 |
|---|---|---|---|
| | Russell Cattle CO<br>9288 Silver Leaf Rd.<br>Emmett, ID 83617 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Unfulfilled Customer Contract_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,500.00 |
|---|---|---|---|
| | Salty Heifer Cattle<br>914 Hot Springs Rd.<br>Weiser, ID 83672 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Unfulfilled Customer Contract_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,000.00 |
|---|---|---|---|
| | Sandy Melo<br>4140 E. Goldstone Drive<br>Meridian, ID 83642 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Unfulfilled Customer Contract_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,500.00 |
|---|---|---|---|
| | Sandy Sprage<br>PO BOX 751<br>Council, ID 83612 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Unfulfilled Customer Contract_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,000.00 |
|---|---|---|---|
| | Sean McMichael<br>2115 Kilborn Lane<br>Mesa, ID 83643 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Unfulfilled Customer Contract_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,100.00 |
|---|---|---|---|
| | Shawn Kirkland<br>411 Deinhard Lane<br>McCall, ID 83638 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Unfulfilled Customer Contract_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Cuddy Mountain Custom and Specialty Meat | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|

Shipley Electric
501 S. Norris Ave
New Meadows, ID 83654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _ Unfulfilled Customer Contract _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,037.00 |
|---|---|---|---|

Suzanne Berkerziev
18338 Arch Haven Way
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _ Unfulfilled Customer Contract _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,000.00 |
|---|---|---|---|

TORRO
5965 South 900 East #300
Salt Lake City, UT 84121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _ Building Construction _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,000.00 |
|---|---|---|---|

Van Lith Cattle
200 S. PENNSYLVANIA AVE.
Fruitland, ID 83619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _ Unfulfilled Customer Contract _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,000.00 |
|---|---|---|---|

Wes Gregory
PO BOX 3082
McCall, ID 83638

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _ Unfulfilled Customer Contract _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30,000.00 |
|---|---|---|---|

Zahav
182 Grassy Plain St
Bethel, CT 06801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _ Loan for Operational Costs _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,000.00 |
|---|---|---|---|

Zinch
17011 Beach BLVD Suite 1140
Huntington Beach, CA 92647

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _ Loan for Operational Costs _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor    Cuddy Mountain Custom and Specialty Meat                                    Case number (if known)
_____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.   **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 48,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 376,537.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 424,537.00 |

Fill in this information to identify the case:

Debtor name ___Cuddy Mountain Custom and Specialty Meat_____

United States Bankruptcy Court for the: ___DISTRICT OF IDAHO, BOISE DIVISION_____

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Cuddy Mountain Custom and Specialty Meat___

United States Bankruptcy Court for the: ___DISTRICT OF IDAHO, BOISE DIVISION___

Case number *(if known)* _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    Cuddy Mountain Custom and Specialty Meat

United States Bankruptcy Court for the:    DISTRICT OF IDAHO, BOISE DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date: From 01/01/2024 to Filing Date | ☒ Operating a business <br> ☐ Other | $9,490.20 |
   | For prior year: From 01/01/2023 to 12/31/2023 | ☒ Operating a business <br> ☐ Other | $203,132.45 |
   | For year before that: From 01/01/2022 to 12/31/2022 | ☒ Operating a business <br> ☐ Other | $255,561.12 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|
   | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | Cuddy Mountain Custom and Specialty Meat | | Case number *(if known)* | |

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Sara Willey, JOHN BONNER Plaintiff, vs. Victor Ludwig Defendant<br>CV02-22-000106 | Civil | Adams County District Court 07 Michigan St Council, ID 83612 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Steve Russell Dairy, LLC Plaintiff, vs. Cuddy Mountain Custom Meats Defendant<br>CV02-23-000123 | Civil | Adams County District Court 07 Michigan St Council, ID 83612 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.3. | Matthew McMichaels Plaintiff, vs. Sara Willey, Cuddy Mountain Custom Meats Defendant<br>CV02-24-000034 | Small Claims | Adams County District Court 07 Michigan St Council, ID 83612 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Heather Hobbesiefken Plaintiff, vs. Cuddy Mountain Custom Meats Defendant<br>CV02-24-000032 | Small Claims | Adams County District Court 07 Michigan St Council, ID 83612 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Evan Sprague Plaintiff, vs. Cuddy Mountain Custom Meats Defendant<br>CV02-23-000177 | Small Claims | Adams County District Court 07 Michigan St Council, ID 83612 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Bruce Burrup, Fruitland Refrigeration Plaintiff, vs. Sara Willey, Cuddy Mountain Meats Defendant<br>CV02-23-000002 | Small Claims | Adams County District Court 07 Michigan St Council, ID 83612 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Cuddy Mountain Custom and Specialty Meat                              Case number *(if known)*  _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.7. Georgy Gibson Plaintiff, vs. Sara Willey, Cuddy Mountain Custom Meats Defendant CV02-24-000025 | Small Claims | CV02-24-000025 07 Michigan St Council, ID 83612 | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.8. Joey J. Nelson d/b/a Nelson Cattle Company Plaintiff, vs. Cuddy Mountain Meats Defendant CV02-23-000107 | Civil | Adams County District Court 07 Michigan St Council, ID 83612 | ☐ Pending ☐ On appeal ☒ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Max T. Williams 417 S 13th Street Boise, ID 83702 | Attorney Fee | 03/08/2024 | $4,500.00 |
| **Email or website address** max@williamslawgroupboise.com | | | |
| **Who made the payment, if not debtor?** Robert Dobson | | | |

Debtor    Cuddy Mountain Custom and Specialty Meat                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Boise 417 S 13th Street Boise, ID 83702 | Attorney Fee | | $4,500.00 |
| | **Email or website address** max@williamslawgroupboise.com | | | |
| | **Who made the payment, if not debtor?** Robert Dobson | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy From-To |
|---|---|---|---|
| 14.1. | 202 Illinois Ave Council, ID 83612 | | August 8 2020 - Present |
| 14.2. | 311 Village Drive Tamarack, ID 83615 | | Upcoming - Present |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

| Debtor | Cuddy Mountain Custom and Specialty Meat | Case number *(if known)* | |
|---|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Refrigerated Shipping    Unit | $5,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 251 Milk Crates | $2,000.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Cuddy Mountain Custom and Specialty Meat                              Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Hand Truck | $300.00 |
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Dollie | $400.00 |
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Stainless Steel Table | $1,500.00 |
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 2 Meat Tenderizer | $30.00 |
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 2 Meat Tape Dispensers | $250.00 |
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Jett Netter | $350.00 |
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 6 Plastic Barrels and Dollies | $250.00 |
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Double Tub Cart | $300.00 |
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 2 Single Tub Carts | $1,500.00 |
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 2 Double Ten Tub Carts | $200.00 |
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Single Tub Cart | $500.00 |
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 6 Wheel Cart | $500.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Cuddy Mountain Custom and Specialty Meat                                 Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 6 Wheel Trash Cart | $500.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Meat Slicer | $800.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Bread Trays | $300.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Vacuum Seal Machine | $17,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 2 Small Vacuum Seal Machines | $5,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Trash Cans | $50.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Meat Taq and Dead Locks | $100.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Bacon Hanger and Smoke Sticks | $2,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Wood Chips | $300.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Smoker and Racks | $15,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Smoke Generator | $5,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Extra Hot Water Tank | $100.00 |

Debtor    Cuddy Mountain Custom and Specialty Meat _____    Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Pie Case | $2,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Concrete mixer | $3,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Microwave | $50.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Back Door Winch | $1,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Flag | $60.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>Brent Willey194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Customer Lists | $60,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Rollo Decks | $20.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Assorted Cleaning Supplies | $100.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Assorted Office Supplies | $500.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 2 Hog Cradles | $30.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Measuring Cups and Spoons | $80.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 4 Metal Storage Shelfs | $300.00 |

Debtor    Cuddy Mountain Custom and Specialty Meat    Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>Brent Willey194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Cash Register | $200.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Hobert Band Saw | $20,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 2 Meat Scrappers | $50.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Grinder Plates and Knives | $2,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Hobert Grinder | $15,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Electric Sausage Stuffer | $800.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Coffee Pot | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Computer and Printer | $1,500.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Hand Crank Sausage Stuffer | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Well Saw and Blades | $3,500.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Hand Saw and Blades | $300.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Assorted Tools and Mixing<br>Bowls | $200.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Cuddy Mountain Custom and Specialty Meat                                Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 9 Tree Hocks | $2,700.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 5 California Hocks | $150.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 15 S Hocks | $4,700.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 19 24 Inch Stainless Steal Rollee Hocks | $2,070.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 34 16 Inch Stainless Steal Rollee Hocks | $8,840.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 18 Double Short Hocks | $100.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 104 Short Roller Hocks | $100.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 3 Floor Squeegees | $50.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Floor Scrapper | $10.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | 35 Meat Tubs | $1,100.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Commercial Scale | $3,500.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Digital Scale | $400.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    Cuddy Mountain Custom and Specialty Meat                    Case number (if known) _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Vacuum Cleaner | $100.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Assorted Meet Wrapping Supplies And Vacuum Sealing Bags | $15,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Brent Willey<br>194 Willey Lane<br>McCall, ID 83638 | 202 Illinois Ave<br>Council, ID 83612 | Meat Stamps, Spices, Seasonings, Spice Containers, Sausage Recipe, Pepperoni Recipe And Salami Recipe | $1,200.00 |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

Debtor      Cuddy Mountain Custom and Specialty Meat                              Case number *(if known)* _____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Date of service From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    Cuddy Mountain Custom and Specialty Meat _____    Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

<span style="background:black;color:white">Part 14:</span> **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ March 29, 2024 _____

/s/   Sara Willey _____          Sara Willey _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor _____ Owner/Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## District of Idaho, Boise Division

In re   Cuddy Mountain Custom and Specialty Meat       Case No. _____

                                  Debtor(s)            Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Owner/Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   March 29, 2024               Signature   /s/ Sara Willey

                                                     Sara Willey

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of Idaho, Boise Division**

In re    Cuddy Mountain Custom and Specialty Meat                    Case No.

                                              Debtor(s)    Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Owner/Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    March 29, 2024                        /s/  Sara Willey
                                               Sara Willey/Owner/Member
                                               Signer/Title

American Credit Acceptance
PO BOX 4419
Wilmington, OH 45177


Benjamin/ Yvonne Sparks
28291 Unity Lane
Parma, ID 83660


Bill Woodington
2384 Mill Creek Road
Council, ID 83612


Bitty Advance
1855 Griffin Rd A-474
Dania, FL 33004


Chase Shoemaker
5480 Adams Road
New Plymouth, ID 83655


CS Techs INC
3909 Summit Ln
Nampa, ID 83687


Dan Furhium
27500 Lon Davis Rd.
Parma, ID 83660


Darlene Hinkley
PO BOX 492
Riggins, ID 83549


Fruitland Refrigeration
P.O. Box 769
Fruitland, ID 83619


Geroge Gibson
10974 HWY 95
Lucile, ID 83542


Global Solutions Biz LLC
400 Galleria Pkwy
Atlanta, GA 30339


Gus Zaharioudakis
PO BOX 238
Horseshoe Bend , ID 83628


Haylee Rol
PO BOX 490 500 South Miller Ave.
New Meadows, ID 83654


Heather Hobenstein
1128 Curlew Hills DR
Weiser, ID 83672

Idaho State Tax Commission
1321 W Chinden Blvd
Boise, ID 83714


Idaho Title Loans
416 N Main St
Meridian, ID 83642


Internal Revenue Service
550 W Fort St
Boise, ID 83724


Jared Hende
2384 Mill Creek Road
McCall, ID 83638


Jenn McDonald
837 Jenkins Creek RD.
Weiser , ID


JJ Nelson Cattle
3120 Highway 52
Payette, ID 83661


John Gifford
2333 17th Ave
Idaho City, ID 83631


Joyce Roller
PO Box317
Council, ID 83612


Lorel Peck
PO BOX 44 Fenn
Fenn, ID 83531


Lori Edwards
PO BOX 180
Council, ID 83612


Mark Maura
3323 Schwenkfelder's Road
Cambridge, ID 83610


Matt Caldwell
321 N. 3rd Street
McCall, ID


Matt McMichael
2031 Council Cuprum Road
Council, ID 83612


McCall Painting Company
494 Commerce Street
New Meadows, ID 83654

Prosperum Capital
8 W 36th St
New York, NY 10018


Russell Cattle CO
9288 Silver Leaf Rd.
Emmett, ID 83617


Salty Heifer Cattle
914 Hot Springs Rd.
Weiser, ID 83672


Sandy Melo
4140 E. Goldstone Drive
Meridian, ID 83642


Sandy Sprage
PO BOX 751
Council, ID 83612


Sean McMichael
2115 Kilborn Lane
Mesa, ID 83643


Shawn Kirkland
411 Deinhard Lane
McCall, ID 83638


Shipley Electric
501 S. Norris Ave
New Meadows, ID 83654


Suzanne Berkerziev
18338 Arch Haven Way
Nampa, ID 83687


TORRO
5965 South 900 East #300
Salt Lake City, UT 84121


Van Lith Cattle
200 S. PENNSYLVANIA AVE.
Fruitland, ID 83619


Wes Gregory
PO BOX 3082
McCall, ID 83638


Zahav
182 Grassy Plain St
Bethel, CT 06801


Zinch
17011 Beach BLVD Suite 1140
Huntington Beach, CA 92647

# United States Bankruptcy Court
## District of Idaho, Boise Division

In re    Cuddy Mountain Custom and Specialty Meat

                         Debtor(s)

Case No. _____

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Cuddy Mountain Custom and Specialty Meat   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

March 29, 2024
_____
Date

/s/ MAX WILLIAMS
_____
MAX WILLIAMS 11015 Max T. Williams
Signature of Attorney or Litigant
Counsel for   Cuddy Mountain Custom and Specialty Meat
Williams Law Group PLLC
417 S 13th Street
Boise, ID 83702
(208) 615-2590  Fax:
max@williamslawgroupboise.com